IN THE SUPREME COURT OF NORTH CAROLINA

No. 164A18

Filed 10 May 2019

STATE OF NORTH CAROLINA

v.

DAVID WOODARD DANIEL


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 814 S.E.2d 618 (2018), reversing an order granting defendant's motion to suppress entered on 8 June 2017 by Judge Patrice A. Hinnant in Superior Court, Wilkes County and remanding for further proceedings. Heard in the Supreme Court on 8 April 2019.

*Joshua H. Stein, Attorney General, by Christopher W. Brooks, Special Deputy Attorney General, for the State.*

*Vannoy, Colvard, Triplett & Vannoy, PLLC, by Jay Vannoy, for defendant-appellant.*

PER CURIAM.


AFFIRMED.